# UNITED STATES DISTRICT COURT

Southern District of Illinois

**FILED**

**DEC 1 7 2008**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA

v.

RONALD L TRAYLOR

**Judgment in a Criminal Case**

(For **Revocation** of Probation or Supervised Release)

Case No.   4:97CR40017-001-JPG

USM No.  03086-025

Jonathan A. Mitchell
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   possession of cocaine   of the term of supervision.

☑ was found in violation of condition(s)   distribution of cocaine   after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statory | The defendant possessed a controlled substance, cocaine | 11/13/2008 |
| Special | The defendant distributed Cocaine | 10/29/2008 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _3651_

Defendant's Year of Birth:   _1963_

City and State of Defendant's Residence:
Carbondale, IL 62901

12/15/2008
_____
Date of Imposition of Judgment

_____
Signature of Judge

J. Phil Gilbert                    District Judge
_____
Name and Title of Judge

December 17, 2008
_____
Date

DEFENDANT: RONALD L TRAYLOR
CASE NUMBER: 4:97CR40017-001-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to call On-Site Drug Testing Program | 12/06/2008 |
| Standard # 2 | The defendant failed to submit written reports timely | 09/30/2008 |
| Standard # 3 | The defendant failed to provide truthful information | 11/13/2008 |

DEFENDANT: RONALD L TRAYLOR
CASE NUMBER: 4:97CR40017-001-JPG

## IMPRISONMENT

       The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 months

☐   The court makes the following recommendations to the Bureau of Prisons:

☑   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

     ☐   at _____ ☐   a.m.   ☐   p.m.   on _____ .

     ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐   before 2 p.m. on _____ .

     ☐   as notified by the United States Marshal.

     ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL